FILED
CLERK, U.S. DISTRICT COURT

JUL 1 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No.: CR 09-823-ODW
                                    )
              Plaintiff,            )
                                    )
     vs.                            )     ORDER OF DETENTION AFTER HEARING
                                    )     [Fed.R.Crim.P. 32.1(a)(6);
DONALD KEITH BENNETT                )      18 U.S.C. 3143(a)]
                                    )
              Defendant.            )
_____)

     The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

Central Dist., cA        for alleged violation(s) of the terms and

conditions of his/her [probation] (supervised release) and

     The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

     The Court finds that:

A.     (X) The defendant has not met his/her burden of establishing by

       clear and convincing evidence that he/she is not likely to flee

       if released under 18 U.S.C. § 3142(b) or (c).  This finding is

       based on allegations he has not informed PO

       of whereabouts

1 _____

2 _____

3 _____

4    and/or

5 B.    ( )   The defendant has not met his/her burden of establishing by

6       clear and convincing evidence that he/she is not likely to pose

7       a danger to the safety of any other person or the community if

8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9       on:_____

10 _____

11 _____

12 _____

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:    7/17/13

18

19    _____

20           UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2